**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA L. KEPHART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00516-BAM<br><br>**ORDER RECALLING ORDER DIRECTING SERVICE OF DEFENDANT BY THE UNITED STATES MARSHAL**<br><br>(Doc. No. 3) |

Plaintiff Sandra L. Kepart ("Plaintiff") filed this action on April 13, 2020, seeking judicial review under 42 U.S.C. § 405(g) of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits under Title II of the Social Security Act.  (Doc. No. 1.)

On April 13, 2020, the Court issued an order granting Plaintiff's application to proceed *in forma pauperis* and directing the United States Marshal to serve a copy of the summons, complaint, and the Court's order as directed by Plaintiff.  (Doc. No. 3.)

On April 15, 2020, Chief Judge Kimberly J. Mueller issued General Order 615 staying all Social Security cases brought under 42 U.S.C. § 405(g) filed on or after February 1, 2020.  (*See* Doc. No. 7.)  On April 15, 2020, Plaintiff filed a Notice of Submitting Service Documents and service documents were subsequently forwarded to the United States Marshal for service.  (*See* Doc. Nos. 6, 8.)  No waivers or summons have yet been returned by the United States Marshal.

In light of the stay of this action pursuant to General Order 615, the Court will recall service of the summons, complaint, and the Court's April 13, 2020 order on the Commissioner.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Court's April 13, 2020 order directing the United States Marshal to serve a copy of the summons, complaint, and the Court's order as directed by Plaintiff is RECALLED; and

2. The Clerk's Office is directed to serve a copy of this order on the United States Marshal.

IT IS SO ORDERED.

Dated: **April 22, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE