McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L KEPHART,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-00516-BAM<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SETTLEMENT REQUEST |

       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's letter brief requesting remand. Counsel requests this extension of time because additional time is needed to ascertain whether additional briefing is necessary. In addition counsel was recently on unanticipated medical leave.

       With this extension:

- Defendant shall respond to Plaintiff's letter brief on or before February 18, 2021;

1

- If the parties do not voluntarily remand the case, Plaintiff shall file and serve her opening brief within 32 days of her receipt of Defendant's response to her letter (on or before March 22, 2021);
- Defendant shall serve and file a responsive brief within 30 days (on or before April 21, 2021); and
- Plaintiff may serve and file a reply within 15 days of service of defendant's responsive brief (on or before April 6, 2021).

Respectfully submitted,

Dated: January 15, 2021        */s/ Shellie Lott\**
(*as authorized via e-mail on 1/15/21)
SHELLIE LOTT
Attorney for Plaintiff

Dated: January 15, 2021        McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

<u>ORDER</u>

Pursuant to the Parties stipulation, and good cause appearing, the Court HEREBY GRANTS the request. The parties shall proceed under the following schedule:

- Defendant shall respond to Plaintiff's letter brief on or before February 18, 2021;
- If the parties do not voluntarily remand the case, Plaintiff shall file and serve her opening brief within 32 days of her receipt of Defendant's response to her letter (on or before March 22, 2021);
- Defendant shall serve and file a responsive brief within 30 days (on or before April 21, 2021); and
- Plaintiff may serve and file a reply within 15 days of service of defendant's responsive brief (on or before April 6, 2021).

IT IS SO ORDERED.

Dated: **January 19, 2021**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE